JOSEPH GRIGERIK *v.* GARY SHARPE

The defendants' petition for certification for appeal from the Appellate Court, 56 Conn. App. 314 (AC 15099), is denied.

*Lorina S. Coon,* in support of the petition.

*Timothy Brignole*, in opposition.

Decided March 2, 2000